```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

CONTINENTAL CASUALTY COMPANY,   )
                                )
    Plaintiff,                  )   Civil Action No. 5:06-272-JMH
                                )
v.                              )
                                )
LAW OFFICES OF MELBOURNE        )
MILLS, JR., PLLC, et al.,       )           **JUDGMENT**
                                )
    Defendants.                 )

              **       **       **       **       ****

In accordance with the Memorandum Opinion and Order dated March 16, 2010, and the Order of even date, **IT IS HEREBY ORDERED:**

(1) That this action be, and the same hereby is, **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET;**

(2) That all pending motions be, and the same hereby are, **DENIED AS MOOT;**

(3) That all scheduled proceedings be, and the same hereby are, **CONTINUED GENERALLY;** and

(4) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 10th day of June, 2010.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge