# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

Nos. 10-5813/10-5814

_____

Filed: May 08, 2012

CONTINENTAL CASUALTY COMPANY

    Plaintiff - Appellee

v.

LAW OFFICES OF MELBOURNE MILLS, JR., PLLC; MELBOURNE MILLS, JR.

    Defendants - Appellants

MILDRED ABBOTT, et al.

    Defendants

## MANDATE

    Pursuant to the court's disposition that was filed 04/13/2012 the mandate for these cases hereby issues today.

COSTS:  None